To The Office OF THE Clerk,                               May 26th, 2008

**FILED MAY 29 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY __ DEPUTY**

   I am writing to you to inform you of my address change in regards to my case 3:08-cv-00787-H-CAB Adame v. Tilton.
As of now, I am located at the following address:

Christopher Adame #V64509
CSATF (California Substance Abuse Treatment Facility) E2-116U
P.O. Box 5242
Corcoran, CA. 93212

Thank you for your time.
                              Sincerely,
                              Christopher Adame
                              Christopher Adame

Christopher Adame # V64509
CSATF E-2-116v
P.O. Box 5242
Corcoran, CA 93212

Attn: Change of Address

"LEGAL MAIL"

BAKERSFIELD CA 933
MOJAVE CA

Clerks Office, U.S. District Court
Southern Dist. of California
880 Front Street, #4290
San Diego, CA 92101-8900

92101+8323