1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  KYLE NIKI SHAFFER, State Bar No. 122374
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2226
    Fax: (619) 645-2191
9   Email: Niki.Shaffer@doj.ca.gov

10 *Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ADAME,** | 08cv0787 H (CAB) |
| *Petitioner*, | **NOTICE OF APPEARANCE** |
| v. | |
| **JAMES TILTON,** *Secretary*, *et al.*, | |
| *Respondents*. | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, UNITED STATES MAGISTRATE JUDGE CATHY ANN BENCIVENGO, AND TO PETITIONER:

Please be advised that, as of June 4, 2008, Respondent is now represented by the following as counsel of record:

///

///

///

NOTICE OF APPEARANCE                                            Case No. 08cv0787 H (CAB)

1

| | |
|---|---|
| 1 | **KYLE NIKI SHAFFER** |
| 2 | **Deputy Attorney General** |
| 3 | **Office of the Attorney General** |
| 4 | **Department of Justice** |
| 5 | **State of California** |
| 6 | **110 West A Street, Suite 1100** |
| 7 | **San Diego, California 92101** |
| 8 | **Telephone (619) 645-2226** |
| 9 | **Facsimile (619) 645-2191** |
| 10 | **E-mail Niki.Shaffer@doj.ca.gov** |

Dated: June 4, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

   *s*/**KYLE NIKI SHAFFER**

KYLE NIKI SHAFFER
Deputy Attorney General

*Attorneys for Respondents*

KNS:sm
80245866.wpd
SD2008801153

NOTICE OF APPEARANCE                                                                 Case No. 08cv0787 H (CAB)

## CERTIFICATE OF SERVICE BY U.S. MAIL

I declare: I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 4, 2008**, I served the following documents:

| **NOTICE OF APPEARANCE** | *Adame v. Tilton et al.*<br>United States District Court<br>Southern District of California<br>08cv0787 H (CAB) |
|---|---|

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**CHRISTOPHER M ADAME**
**CDC NO V-64509**
**CSATF E2-116U**
**P O BOX 5242**
**CORCORAN CA 93212**

*Pro se*

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

**MANUAL NOTICE LIST**
The following are those who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing): **CHRISTOPHER M. ADAME** at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 4, 2008**, at San Diego, California.

STEPHEN MCGEE
Declarant

(Signature)