1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER ADAME,                    Civil No.    08-0787 H (CAB)

12                        Petitioner,

13            v.                           **ORDER SUA SPONTE**
                                           **SUBSTITUTING RESPONDENT**
14   MATTHEW CATE, Secretary, et al.,

15                        Respondents.

16          Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  At the time of filing, Petitioner named James Tilton, then

18   Secretary of the California Department of Corrections and Rehabilitation, as Respondent.  It has

19   come to the Court's attention that James Tilton is no longer the Secretary of the California

20   Department of Corrections and Rehabilitation; rather, Matthew Cate has recently been appointed

21   Secretary of that agency.

22          A writ of habeas corpus acts upon the custodian of the state prisoner.  *See* 28 U.S.C.

23   § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  Because the Secretary of the California Department

24   of Corrections and Rehabilitation has changed, Petitioner's custodian has changed.  Accordingly,

25   in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases,

26   the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the

27   / / /

28   / / /

1 California Department of Corrections and Rehabilitation, as Respondent in place of "James

2 Tilton." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the

3 respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

4    **IT IS SO ORDERED.**

5

6 DATED: June 4, 2008

7

8    _____

    **CATHY ANN BENCIVENGO**
    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-