1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  DANIEL ROGERS
   Deputy Attorney General
5  KYLE NIKI SHAFFER, State Bar No. 122374
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2226
    Fax: (619) 645-2191
9   Email: Niki.Shaffer@doj.ca.gov

10 *Attorneys for Respondent*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ADAME,** | 08cv0787 H (CAB) |
| *Petitioner*, | **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** |
| v. | |
| **MATTHEW CATE,** *Secretary*, | *To Be Sent to Clerk's Office* |
| *Respondent*. | |

Respondent lodges the following documents pursuant to this Court's June 5, 2008 Order. These copies are provided for the Court's use and *need not be returned* to Respondent. The documents being lodged under this Notice by Respondent are:

1. ***Clerk's Transcript on Appeal***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872 (2 volumes);

2. ***Reporter's Transcript on Appeal***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872 (13 volumes);

///

3. ***Appellant's Opening Brief*** & ***Appellant's Supplemental Opening Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872, filed October 20, 2005, March 15, 2006 (2 volumes);

4. ***Respondent's Brief*** & ***Respondent's Supplemental Opening Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872, filed January 25, 2006, May 23, 2006 (2 volumes);

5. ***Reply Brief*** & ***Supplemental Reply Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872, filed March 15, 2006, June 7, 2006 (2 volumes);

6. ***Opinion***, California Court of Appeal, Fourth Appellate District, Division One, case no. D045872, filed November 3, 2006;

7. ***Petition for Review***, California Supreme Court, case no. S148730, filed December 11, 2006; *and*

8. ***Order denying petition***, California Supreme Court, case no. S148730, filed February 14, 2007.

Dated:  June 19, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General

  *s*/**KYLE NIKI SHAFFER**

KYLE NIKI SHAFFER
Deputy Attorney General

*Attorneys for Respondent*

KNS:sm
80247150.wpd
SD2008801153